UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONROE ONE STOP, LLC *et al.*,

    Plaintiffs,                               Case No. 09-10501

v.                                            Honorable John Corbett O'Meara

HOUSE CENTURY 21 *et al.*,

    Defendants.
_____/

**ORDER REQUIRING CORPORATE DEFENDANTS TO OBTAIN LEGAL COUNSEL**

Defendant Arthur F. Shelton is attempting to represent corporations National Financial Group Highbank and Partners, ACAPS Joint Venture LLC and ACAPS Trust. Likewise, defendant Larry Marsella is attempting to represent TLD Corporation. Both Shelton and Marsella are officers of the corporations they purport to represent; however, neither is a licensed attorney.

The law is well settled that an officer of a corporation who is not a licensed attorney is not authorized to make an appearance in federal court on behalf of the corporation. Cousino v. Nowicki 165 F.3d 26 (6th Cir. 1998). Further, corporations, partnerships, or associations can appear in federal court only through a licensed attorney. Id.

**ORDER**

It is hereby **ORDERED** that the defendant corporations in this matter **OBTAIN** legal counsel **within 30 days of this order.**

Date: October 29, 2009              s/John Corbett O'Meara
                                    United States District Judge


I hereby certify that a copy of the above order was served upon the parties of record on this date, October 29, 2009, by electronic or U.S. Mail.


                                    s/William Barkholz
                                    Case Manager